———o———

## In the matter of Charles D. Stephenson.

*Affidavit for capias: Jurisdictional defects: Waiver: Special bail.* Jurisdictional defects in an affidavit for a *capias* are not waived by putting in special bail and pleading in the cause.

*Affidavit: Actions arising upon contract: Statute construed: Capias: Arrest.* An affidavit for a *capias*, which sets out a claim against the defendant by reason of his having, as superintendent of a railroad company, collected moneys belonging to the company and failed on demand to account for and pay over the same, makes out a case of an action "arising upon contract" within the meaning of that phrase as used in the statute (*Comp. L. 1871, § 5734*); and the cause of action thus set out not being one of those enumerated by the statute as alone authorized to be commenced by *capias*, an arrest on a *capias* issued on such an affidavit is unwarranted and illegal.

*Heard and decided April 29.*

*Habeas corpus* and *Certiorari.*

The prisoner was held by the sheriff of Van Buren county by virtue of his surrender by his special bail in an action commenced by *capias* by the Paw Paw railroad company against said Stephenson, and now pending in the Van Buren circuit. The case made by the affidavit on which the *capias* issued was that 'Stephenson as superintendent of the

plaintiff company had collected large sums of money belonging to the company which he had failed to account for and pay over on demand. The defendant had appeared in the cause by putting in special bail, and had also pleaded to the declaration. He was afterwards delivered over in exoneration of his bail.

*Alfred J. Mills,* for petitioner.

*Arthur Brown, contra.*

THE COURT held that the putting in special bail and pleading in the cause did not operate as a waiver of jurisdictional defects in the affidavit which is the basis of the original arrest; that the case made by the affidavit in question is one of an action "arising upon contract" within the meaning of that phrase as used in the statute (*Comp. L. 1871,* § *5734),* and not being one of those actions there enumerated as alone authorized to be commenced by *capias,* that the arrest and imprisonment was unwarranted and illegal.

Prisoner discharged.